| | |
|---|---|
| David C. Bender (*pro hac vice*) | Christopher E. Babbitt (*pro hac vice*) |
| Hema Lochan (*pro hac vice*) | Daniel S. Volchok (*pro hac vice*) |
| EARTHJUSTICE | WILMER CUTLER PICKERING |
| 48 Wall St., 15th Floor | HALE AND DORR LLP |
| New York, NY 10043 | 2100 Pennsylvania Avenue NW |
| dbender@earthjustice.org | Washington, DC 20037 |
| hlochan@earthjustice.org | Telephone: (202) 663-6000 |
| Telephone: (347) 282-6493 | Facsimile: (202) 663-6363 |
| Facsimile: (202) 667-2356 | christopher.babbitt@wilmerhale.com |
| | daniel.volchok@wilmerhale.com |
| *Attorneys for Plaintiffs* | |
| | Suedeen G. Kelly (*pro hac vice*) |
| | Matthew E. Price (*pro hac vice*) |
| | JENNER & BLOCK LLP |
| | 1099 New York Avenue, NW, Suite 900 |
| | Washington DC, 20001 |
| | Telephone: (202) 639-6055 |
| | Facsimile: (202) 639-6066 |
| | skelly@jenner.com |
| | mprice@jenner.com |
| | |
| | *Attorneys for Defendant Salt River Project Agricultural Improvement and Power District* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Solar United Neighbors, Vote Solar, Karen Schedler, & Jeremy Helms, | Case No. 2:24-cv-2021-DJH |
| Plaintiffs, | **JOINT MOTION FOR EXTENSION OF BRIEFING SCHEDULE (FIRST REQUEST) AND FOR LEAVE TO EXCEED PAGE LIMITS** |
| vs. | |
| Salt River Project Agricultural Improvement and Power District, | |
| Defendant. | |

1. Pursuant to Local Rules of Civil Procedure 7.2 and 7.3, and Section 12 of this Court's Rule 16 Scheduling Order (Dkt. 16), Plaintiffs and Defendant Salt River Project Agricultural Improvement and Power District ("SRP") jointly move for a stipulated extension of the briefing schedule on SRP's anticipated motion to dismiss the First Amended Complaint and for leave to exceed the page limits in Local Rule 7.2(e).

2. Plaintiffs filed their First Amended Complaint on October 11, 2024, Dkt. 17, and their Notice of Filing of the First Amended Complaint on October 16, 2024, Dkt. 19.

3. The parties met and conferred on October 22, 2024 and respectfully request that the Court enter the following briefing schedule:

    a. November 20, 2024: SRP's Motion to Dismiss
    b. December 20, 2024: Plaintiffs' Opposition
    c. January 10, 2025: SRP's Reply

4. The requested schedule takes account of counsel's other commitments and various holidays, and permits the parties to fully brief the statutory and regulatory issues presented in this litigation. Good cause therefore exists to enter the proposed schedule. This is the first such extension requested in this case.

5. The parties also respectfully request that the Court extend the page limits for briefing as follows:

    a. SRP's Motion to Dismiss: No longer than 25 pages
    b. Plaintiffs' Opposition: No longer than 25 pages
    c. SRP's Reply: No longer than 15 pages

6. Additional pages are necessary to address the multiple grounds for dismissal that SRP anticipates raising, which the parties were unable to resolve through the meet-and-confer process, including those related to the regulatory scheme adopted by the Federal Energy Regulatory Commission under the Public Utility Regulatory Policies Act of 1978. Properly addressing the various grounds for dismissal requires more than the 17 pages permitted by Local Rule of Civil Procedure 7.2(e).

7. Notwithstanding an increase in page limits, the parties will endeavor to be as concise as possible in their briefing.

For these reasons, the parties respectfully request that the Court enter the proposed stipulated briefing schedule and grant leave to exceed the page limits provided in Local Rules of Civil Procedure 7.2(e) and 7.3.

Dated: October 23, 2024

Respectfully submitted,

/s/   Christopher Babbitt
Christopher E. Babbitt (*pro hac vice*)
Daniel S. Volchok (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
christopher.babbitt@wilmerhale.com
daniel.volchok@wilmerhale.com

Suedeen G. Kelly (*pro hac vice*)
Matthew E. Price (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington DC, 20001
Telephone: (202) 639-6055
Facsimile: (202) 639-6066
skelly@jenner.com
mprice@jenner.com

*Attorneys for Defendant Salt River Project Agricultural Improvement and Power District*

Dated: October 23, 2024

Respectfully submitted,

/s/ *David C. Bender*
David C. Bender (*pro hac vice*)
Hema Lochan (*pro hac vice*)
Earthjustice
48 Wall St., 15th Floor
New York, NY 10043
dbender@earthjustice.org
hlochan@earthjustice.org
Telephone: (347) 282-6493
Facsimile: (202) 667-2356

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

On this 23rd day of October, 2024, I caused the foregoing to be filed and served electronically via the Court's CM/ECF system upon counsel of record.

/s/ *Christopher E. Babbitt*
Christopher E. Babbitt