EARTHJUSTICE
David C. Bender (*pro hac vice*)
Hema Lochan (*pro hac vice*)
Robert Rigonan (*pro hac vice*)
48 Wall Street, 15th Floor
New York, NY 10043
Tel: (347) 282-6493
Fax: (202) 667-2356
dbender@earthjustice.org
hlochan@earthjustice.org
rrigonan@earthjustice.org

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Solar United Neighbors, Vote Solar, Karen Schedler, and Jeremy Helms,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>Salt River Project Agricultural Improvement and Power District,<br><br>　　　　　　　Defendant. | Case No. 2:24-cv-02021-DJH<br><br>**Plaintiffs' Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)** |

　　　　Plaintiffs hereby voluntarily dismiss this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

　　　　1.　　This case challenges the lawfulness of defendant's rate plans for residential electricity customers who self-generate a portion of the electricity for their residences using rooftop solar-panel installations. Defendant ("SRP") moved to dismiss, but has not filed an Answer within the meaning of Fed. R. Civ. P. 41(a)(1)(A)(i).

　　　　2.　　On December 13, 2024, the parties filed a Joint Motion to Stay, noting recently instituted ratemaking proceedings before the Defendant's board of directors

which, if approved as initially proposed, would affect the Plaintiffs' claims in this case. (Doc. 27).

3.  On December 16, 2024, the Court entered an Order staying this case until further notice and ordering the parties to file a Status Report on or before March 31, 2025 (Doc. 28).

4.  On February 27, 2025, Defendant's board voted to approve new rates, effective later in 2025. Once effective, the new rates will moot most, if not all, of the Plaintiffs' pending challenges to Defendants' prior rates as to forward going relief. Plaintiffs contend that the new rates raise other issues and may violate federal law. However, challenges to the new rates requires additional investigation and likely requires a new petition to the Federal Energy Regulatory Commission before bringing claims challenging such rates to this Court.

5.  Plaintiffs are dismissing, without prejudice, to allow further investigation and to decide whether to pursue additional claims against Defendant, based on its new rates, in a separate future action.

Dated: March 18, 2025

                              Respectfully submitted,

                               /s/ David C. Bender
                              David C. Bender (*pro hac vice*)
                              Hema Lochan (*pro hac vice*)
                              Robert Rigonan (*pro hac vice*)
                              EARTHJUSTICE
                              48 Wall Street, 15th Floor
                              New York, NY 10043
                              Tel: (347) 282-6493
                              Fax: (202) 667-2356
                              dbender@earthjustice.org
                              hlochan@earthjustice.org
                              rrigonan@earthjustice.org

                              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

Dated:  March 18, 2025.             */s/ David C. Bender*
                                               David C. Bender